UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOMAR CHUMM, | No. CV12-2410-JSL(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| PAROLE BOARD, | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice.

DATED: 8/17/12

J. SPENCER LETTS
United States District Judge